In the Matter of the Petition of AMANDA N. HAWKES and G. RALPH CORBIN, for the Mortgage of Real Property of and Construction of the Will of CHARLES 'W. HAWKES, Deceased.— This is an appeal from a decree of the Surrogate's ·Court of Broome County, entered therein July 7, 1939, which construed the will of Charles W. Hawkes, deceased.   The petition of the trustees under decedent's will asks that the will be construed so as to determine whether decedent died partially intestate as to certain real property located in the city of Binghamton, or whether such real property was disposed of by the will.   After the proofs and allegations of the parties had been heard, the surrogate found that the deceased died testate as to all of said real property and decree was entered accordingly.   The facts have been stipulated by the respective parties.   The surrogate was justified in holding that every reasonable presumption should be taken against intestacy and the decree should be affirmed.   (Hadcox v. Cody, 213 N. Y. 570.)   Decree unanimously affirmed, with costs.   Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

PAULINE SMITH, Respondent, v. WARNER BROS. THEATRES, INC., Appellant. BERNARD SMITH, Respondent, v. WARNER BROS. THEATRES, INC., Appellant.— Appeals from judgments of $678.80 and $474.50, respectively, entered in the Supreme Court, Chemung county, upon the verdicts of a jury and from the order denying a motion for a new trial.   Plaintiff Pauline Smith fell while stepping on a step in defendant's theatre leading from the balcony into the mezzanine.   It was shown that the carpet on this step was bulged up and pulled loose from its foundation where it was nailed and that it had pulled off over the heads of the nails. Judgments and orders unanimously affirmed, with costs in one action.   Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

GERTRUDE C. LURKEN and Others, Respondents, v. SAMUEL ROTHLEDER, Appellant, and MILTON KORNBLUTH, Defendant.— Appeal by defendant Rothleder from a judgment of the Supreme Court, entered in Sullivan county in favor of the plaintiffs for $2,689.56.    A judgment was entered on a jury's verdict in favor of the plaintiffs against the defendant-appellant and a finding of no cause of action on the part of defendant Kornbluth.   The action was brought in negligence.   It is conceded that there was no contributory negligence on the part of the plaintiffs. The action was the result of an accident which occurred in Sullivan county on September 6, 1938, in which three automobiles were involved.   No motion was made at the close of the testimony on behalf of appellant Rothleder to dismiss the complaint, his counsel stating that there was a question of fact.   There was ample proof to sustain the jury's verdict.   The judgment should be affirmed, with costs. Judgment unanimously affirmed, with costs.   Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.